GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorney for Defendant, JOEL SHANNON SMITH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR000044-JAD-PAL |
| Plaintiff, | |
| vs. | |
| JOEL SHANNON SMITH, | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE MOTIONS DEADLINES ONLY (THIRD REQUEST)**

**IT IS HEREBY STIPULATED** by and between Joel Shannon Smith, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese and the Plaintiff, United States of America, by and through Dayle Elieson, United States Attorney, and, Jared Grimmer, Assistant United States Attorney, that the pretrial motion deadline date currently scheduled for May 25, 2018, be vacated and extended in accordance with the parties' agreement below.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including June 11, 2018, within which to file any and all pretrial motions and notice of defense.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including July 6, 2018, within which to file any and all responsive pleadings.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up

Stipulation & Order to Continue

to and including July 13, 2018, within which to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. The current pretrial motion deadline is May 25, 2018.

2. Defense counsel needs additional time to make a final determination if any pretrial motions are warranted.

3. Both defense counsel and counsel for the Government will be out of the office due to prior scheduled conflicts during the time frame that responses and replies are currently due.

4. The extension will allow the parties to meet the deadlines set without an additional request for more time.

5. Mr. Joel Shannon Smith has appeared in this case is in custody and, along with the government, agree to a continuance.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice;

7. For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of pretrial motions.

8. This is the third request for an extension of time to file pretrial motions.

| | |
|---|---|
| DAYLE ELIESON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this 25th day of May, 2018. | DATED this 25th day of May, 2018. |
| /s/Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>JOEL SHANNON SMITH |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR000044-JAD-PAL |
| Plaintiff, | |
| vs. | |
| JOEL SHANNON SMITH, | |
| Defendant. | |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. The current pretrial motion deadline is May 25, 2018.

2. Defense counsel needs additional time to make a final determination if any pretrial motions are warranted.

3. Both defense counsel and counsel for the Government will be out of the office due to prior scheduled conflicts during the time frame that responses and replies are currently due.

4. The extension will allow the parties to meet the deadlines set without an additional request for more time.

5. Mr. Joel Shannon Smith has appeared in this case is in custody and, along with the government, agree to a continuance.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice;

7. For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of pretrial motions.

8. This is the third request for an extension of time to file pretrial motions.

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

9. The ends of justice are served by granting said continuances and outweigh the best interest of the public and the Defendant's right to a speedy trial, since the failure to grant said continuances would be likely to result in a miscarriage of justice, as it would deny the parties herein sufficient time, and the opportunity, within which to effectively and thoroughly prepare and file pretrial motions, responses, and replies, and prepare for trial taking into account the exercise of due diligence.

**ORDER**

**IT IS FURTHER ORDERED** by and between the parties herein, the deadlines for filing of any and all pretrial motions are hereby due on or before the 11th day of June, 2018.

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleadings, are hereby due on or before the 6th day of July, 2018.

**IT IS FURTHER ORDERED** that the deadlines for filing any and all replies to dispositive motions, are hereby due on or before the 13th day of July, 2018.

DATED this 25th day of May, 2018.

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:17-CR-00044-JAD-PAL**

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue