GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorney for Defendant, JOEL SHANNON SMITH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00044-JAD-PAL |
| Plaintiff, | |
| vs. | |
| JOEL SHANNON SMITH, | |
| Defendant. | |

### STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT/PLEA (FIRST REQUEST)

**IT IS HEREBY STIPULATED** by and between Joel Shannon Smith ("Mr. Smith"), Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese and the Plaintiff, United States of America, by and through Dayle Elieson, United States Attorney, and, Jared Grimmer, Assistant United States Attorney, that the Arraignment/Plea on the Superseding Indictment in the above-captioned matter, currently scheduled for July 12, 2018, at the hour of 1:30 p.m. be vacated. The Parties respectfully request the hearing be continued to the afternoon of **July 13, 2018 or in the alternative July 16, 2018.**

This Stipulation is entered into for the following reasons:

1. On July 3, 2018, a Superseding Indictment was filed against Mr. Smith. (ECF. 48).

2. The Arraignment/Plea on the Superseding Indictment has been set for July 12, 2018 at 1:30p.m. in front of the Honorable Magistrate Judge Nancy J. Koppe. (ECF. 50).

Stipulation & Order to Continue

1 of 4

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

3. Ms. Paola M. Armeni, will be out of the jurisdiction on July 12, 2018 teaching at the Trial Academy at the Annual State Bar of Nevada Conference in Chicago, Illinois. Therefore, she is unavailable to appear at the current Arraignment/Plea on behalf of her client, Mr. Smith.

4. A short continuance of the Arraignment/Plea is necessary to ensure Mr. Smith's counsel is present at this court appearance, protecting his constitutional right to assistance of counsel.

5. Mr. Smith has appeared in this case and is in custody and, along with the government, agrees to a continuance.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the Arraignment/Plea.

8. This is the first request for a continuance of the Arraignment/Plea.

| | |
|---|---|
| DAYLE ELIESON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this 5th day of July, 2018. | DATED this 5th day of July, 2018 |
| /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>JOEL SHANNON SMITH |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

2 of 4

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00044-JAD-PAL |
| Plaintiff, | |
| vs. | |
| JOEL SHANNON SMITH, | |
| Defendant. | |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. On July 3, 2018, a Superseding Indictment was filed against Mr. Smith. (ECF. 48).

2. The Arraignment/Plea on the Superseding Indictment has been set for July 12, 2018 at 1:30p.m. in front of the Honorable Magistrate Judge Nancy J. Koppe. (ECF. 50).

3. Ms. Paola M. Armeni, will be out of the jurisdiction on July 12, 2018 teaching at the Trial Academy at the Annual State Bar of Nevada Conference in Chicago, Illinois. Therefore, she is unavailable to appear at the current Arraignment/Plea on behalf of her client, Mr. Smith.

4. A short continuance of the Arraignment/Plea is necessary to ensure Mr. Smith's counsel is present at this court appearance, protecting his constitutional right to assistance of counsel.

5. Mr. Smith has appeared in this case and is in custody and, along with the government, agrees to a continuance.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the Arraignment/Plea.

…

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

3 of 4

8. This is the first request for a continuance of the Arraignment/Plea.

**ORDER**

**IT IS HEREBY ORDERED** that the Arraignment/Plea in this matter scheduled for July 12, 2018, at the hour of 1:30 p.m., is hereby vacated and continued to Friday, July 13, 2018, at the hour of 1:30 p.m., in Courtroom 3D.

**DATED** this 6th day of July, 2018.

_____
 **NANCY J. KOPPE**
 **UNITED STATES MAGISTRATE JUDGE**

Stipulation & Order to Continue