GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorney for Defendant, JOEL SHANNON SMITH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOEL SHANNON SMITH, <br><br> Defendant. | CASE NO. 2:17-cr-00044-JAD-PAL |

## STIPULATION AND ORDER TO CONTINUE SENTENCING (FIRST REQUEST)

**IT IS HEREBY STIPULATED** by and between Joel Shannon Smith ("Mr. Smith"), Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese and the Plaintiff, United States of America, by and through Dayle Elieson, United States Attorney, and, Jared Grimmer, Assistant United States Attorney, that the sentencing hearing currently scheduled for October 22, 2018, be vacated. The Parties respectfully request the hearing be continued to November 5, 2018, or shortly thereafter.

This Stipulation is entered into for the following reasons:

1. Sentencing in this matter is currently scheduled for October 22, 2018. Therefore, Mr. Smith's sentencing memorandum and formal objections are currently due on October 15, 2018.

2. Defense counsel Ms. Paola M. Armeni, is commencing trial on October 15, 2018 in the United States District Court, District of Nevada, in the matter of the *United States of America v. Barbara Stephanie Lizardo,* Case No.: 2:17-cr-00021-JCM-GWF-4. The case is expected to last most of the week.

Stipulation & Order to Continue

1 of 4

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

3. Between trial preparation and proceeding forward with trial, counsel for Mr. Smith needs a short extension to be able to timely file a sentencing memorandum and formal objections to the Presentence Investigation Report on Mr. Smith's behalf. In order to ensure additional time to meet these deadlines, there needs to be a short continuance of the current sentencing date of October 22, 2018.

4. Counsel for the United States will be out of the jurisdiction for training from October 23rd to October 26th and needs additional time to file a reply to Mr. Smith's sentencing documents.

5. Mr. Smith has appeared in this case and is in custody and, along with the government, agrees to this short continuance.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

8. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

9. This is the first request for a continuance of the sentencing hearing.

| | |
|---|---|
| DAYLE ELIESON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this 4th day of October, 2018. | DATED this 4th day of October, 2018 |
| /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>JOEL SHANNON SMITH |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

2 of 4

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL SHANNON SMITH,<br><br>Defendant. | CASE NO. 2:17-cr-00044-JAD-PAL |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Sentencing in this matter is currently scheduled for October 22, 2018. Therefore, Mr. Smith's sentencing memorandum and formal objections are currently due on October 15, 2018.

2. Defense counsel Ms. Paola M. Armeni, is commencing trial on October 15, 2018 in the United States District Court, District of Nevada, in the matter of the *United States of America v. Barbara Stephanie Lizardo,* Case No.: 2:17-cr-00021-JCM-GWF-4. The case is expected to last most of the week.

3. Between trial preparation and proceeding forward with trial, counsel for Mr. Smith needs a short extension to be able to timely file a sentencing memorandum and formal objections to the Presentence Investigation Report on Mr. Smith's behalf. In order to ensure additional time to meet these deadlines, there needs to be a short continuance of the current sentencing date of October 22, 2018.

4. Counsel for the United States will be out of the jurisdiction for training from October 23rd to October 26th and needs additional time to file a reply to Mr. Smith's sentencing documents.

5. Mr. Smith has appeared in this case and is in custody and, along with the government, agrees to this short continuance.

Stipulation & Order to Continue

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

8. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

9. This is the first request for a continuance of the sentencing hearing.

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for October 22, 2018, at the hour of 11:00 a.m. is hereby vacated and continued to November 6, 2018, at the hour of 10:00 a.m.; in Courtroom 6D.

**DATED** this \_\_5th\_\_ day of October, 2018.

_____
~~NANCY J. KOPPE~~ Jennifer A. Dorsey
**UNITED STATES DISTRICT COURT** ~~MAGISTRATE~~
**CASE NO.: 2:17-cr-00044-JAD-PAL** Judge

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

4 of 4